

601 Pennsylvania Ave., N.W., S. Bldg, Ste. 900
Washington, D.C. 20004 | (202) 495-1185 | admin@ibl.law

November 26, 2025

**VIA CM/ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall Units States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

       **Re:**    *Rached v. Ava Labs Inc.*, **Case No. 25-cv-08644 (MMG)**

Dear Judge Garnett:

      Please accept this request to adjourn the Initial Pretrial Conference scheduled for **Wednesday, December 3, 2025, at 9:30 a.m.** (Doc. No. 5) and related deadlines in this case. This is the **first** request for adjournment. The basis for this request is that service of process remains pending. Plaintiff respectfully requests an adjournment of **at least fourteen (14) days**. We believe this will allow sufficient time to complete service, for Defendant's counsel to appear, and for the parties to confer regarding deadlines, settlement, and Rule 26(f) obligations.

      Due to anticipated travel, we also respectfully request permission for counsel to participate in the initial pretrial conference via phone or MS Teams consistent with the applicable Individual Rules and Practices. Please note that undersigned lead counsel expects to be on military duty during the week of January 5, 2026 as well one additional week in January (dates yet to be determined due to the recent government shutdown).

      Proof of service of the Notice of the Initial Pretrial Conference is being filed via CM/ECF. Mark Cuccaro, Esq., of Sher Tremonte LLP, has confirmed his firm's representation of Defendant Ava Labs, Inc., has no objection to this request, and advised that Defendant intends to move to dismiss.

      Thank you for your attention.

//

//

Respectfully submitted,

*/s/ Charles J. Borrero*
CHARLES J. BORRERO, ESQ. (NY Bar No. 4587549)
*Of Counsel*
INDUSTRIA BUSINESS LAWYERS LLP
601 Pennsylvania Ave., N.W., Suite 900
Washington D.C., 20004
T: (202) 495–1185 | F: (213) 375-1926
charles@ibl.law
**Lead Counsel for Plaintiff Farid Rached**

*/s/ Margaret Farid*
MARGARET FARID, ESQ. (NY Bar No. 5611777)
INDUSTRIA BUSINESS LAWYERS LLP
601 Pennsylvania Ave., N.W., Suite 900
Washington D.C., 20004
T: (718) 971–1909
margaret.f@ibl.law
**Attorney for Plaintiff Farid Rached**

cc:     Mark Cuccaro, Esq.
         MCuccaro@shertremonte.com

GRANTED in part.  The Initial Pretrial Conference initially scheduled for December 3, 2025 is ADJOURNED to **January 14, 2026** at **9:30 a.m.**  The parties' joint pre-conference submissions are accordingly due on **January 7, 2026.**  The request to conduct the conference remotely is DENIED, without prejudice to Counsel renewing the request after January 1, 2026, if they wish, and if they can provide definite information regarding the reasons for the request.

SO ORDERED.  Dated December 1, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE